IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 72.178.218.7

**ISP:** Spectrum
**Physical Location:** Taylor, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/01/2019 19:40:41 | 039C90E33648679DE6EA85ECFB91AB39CFA7054A | Moonlight Sex Games |
| 03/23/2019 15:28:41 | 63EDF296DA2A3387CE681DFF49C2366F202A051D | Stunning Sexy Shower |
| 03/04/2019 13:41:40 | D19C59D4A670E429653FA34C2E4E0479B805A441 | Hot Night Tiny Blonde |
| 01/29/2019 13:27:13 | 1B089217CDFF08CB31CD3663BD6E9B32A5A3E209 | Workout and Stunning Hot Sex |
| 01/18/2019 12:52:23 | 54B648804E95E8D671D0700841FD341DF06E523F | SEX after WORK |
| 01/14/2019 12:49:13 | BB8A65BBAE1F6002EEF27D32B1F06F71816E3F4B | In Love or Lust |
| 01/14/2019 12:47:54 | EC09C2BAFBAF0B0E1D0277393341B25BF887DDD4 | Fashion Model Private Strip Tease |
| 01/06/2019 14:12:13 | FB84F005B198570DEBC57B02B615249FA6C669E2 | Fashion Show Fucking |
| 12/22/2018 15:10:25 | 8EFE66EFD215A8456494C6549E87006AD1D20493 | Three is NOT a Crowd |
| 10/28/2018 13:51:48 | 02DB4486D186778AEF9AF012D0B71EA6218F3599 | California Couple Cumming in Malibu |
| 10/22/2018 11:52:17 | CE95CDF89EE9FE9BE95C6915A4EC51A599FC65A9 | Hot Fucking with Sexy Sybil and Jake |
| 10/04/2018 12:04:22 | 8BE143F0CDB4401E6D78AE5E284D02956B0664A2 | Hot Russian Fucking |
| 09/24/2018 12:11:42 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |
| 09/02/2018 15:39:01 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 08/31/2018 11:26:49 | 7DB1A69CAE7C25AF8FAC948845DBFC985AE65CC3 | Sex With Gymnasts |
| 08/13/2018 11:32:27 | 61B23D09A7F5CD8A0E39985F5687BC5F631634BB | Cum In For An Orgy |
| 07/29/2018 14:42:53 | 1302924D1DD71F6446ED4A856AB7F46127F25ED5 | Threeway Strip Poker |
| 07/09/2018 16:02:03 | 761C73E3510E4D50FD82F82EECAC6E8671341092 | Our Lucky Day |
| 07/03/2018 13:54:36 | C7CC6CE156BC4D5F75D71729ACBAFE966D1E9703 | The Morning After |
| 06/29/2018 12:32:47 | 163567455FA1883BEBA76473B18FD6565141D13E | When You Least Expect It |
| 06/02/2018 19:10:13 | 3252A90037617B926DA61920B5DBF454850A2DDC | My Sweet Surrender |
| 06/01/2018 15:16:05 | 1A9D4E8C411AFD56DEA2EDF8D436529088D11C22 | Purely Perfect Pink |

EXHIBIT A

WTX27

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/05/2018 16:34:47 | 40C821E745178E7B5D9CC6BD891A8F1F647840B0 | Ticket To Bliss |
| 04/19/2018 12:48:43 | EE0FE17C4BC6142DADE86A0F45C94D0709A47710 | Party Of Three |
| 04/14/2018 14:33:53 | A29CEEED1AF19C2600E4C7716A39027EAC501D76 | Sticky and Sweet |
| 01/14/2018 17:03:49 | D655F752808917DC913CFEC67E494906BDC32B55 | Purely Passionate |
| 12/25/2017 16:45:35 | 72A8422BBA283A22EA9637EB5E81B148FFA47432 | Red Hot Christmas |
| 11/19/2017 14:42:53 | 2589A03930026523AF4E9B6785D40D2EFC4B2F87 | Fill Her Up |
| 11/13/2017 13:06:59 | 2BB3542AEE656BF5EDE1C26AFC0FA39BB9A419F7 | Would You Fuck My Girlfriend |
| 08/07/2017 11:41:16 | F8CD7CC5C06369C6292D06422F5BD2BD3EBBABD9 | Susie Up Close and Personal |
| 07/31/2017 10:47:39 | ED4082F76D0F2AB384D1F6104C5DBAB00017C0C6 | Sex For Three By The Sea |
| 07/17/2017 11:26:54 | 972684F07954691EDFDE29F4332D8E156A1EB2A2 | Definitely Not So Shy |
| 07/03/2017 15:07:26 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 06/30/2017 15:01:13 | 59F31AD11926F31D20C5F11F94123015FB65989E | Black Lace and Blonde Hair in My Bed |
| 06/16/2017 12:30:15 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 03/04/2017 18:09:55 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 02/11/2017 14:27:39 | 4673FC6DE95FA618F4E199A63984F1B1C3A96A4C | Want To Fuck My Wife |
| 01/08/2017 15:28:27 | EF9276B22F10C5F947995ACFCD454BFAC1796021 | New Year Bang |
| 10/23/2016 12:57:45 | 4A98F488B175EF8BA8B60576094CA317523B1855 | Cum For A Ride |
| 09/21/2016 12:05:40 | A2CDB911ACF0C384E5D529C0B7FBC76B52B9DF16 | Caprice Swaps Cocks |
| 09/21/2016 12:04:30 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 09/04/2016 15:11:59 | DAF0EE86BD235E43AE521B7636A12C74FCE28D1F | Pussy Cat Burglar |

**Total Statutory Claims Against Defendant: 42**

EXHIBIT A

WTX27