UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 5:19-cv-00670-DAE |
| v. | ) |
| JOHN DOE infringer using IP address 72.178.218.7, | ) |
|     Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE CONDITIONED ON COURT RETAINING JURISDICTION TO ENFORCE THE TERMS OF THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Malibu Media, LLC, and Defendant, John Doe, Subscriber IP address 72.178.218.7, (hereinafter collectively, the "Parties"), jointly stipulate to the entry of the attached Agreed Order for the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994), and conditioned upon the Court's retention of jurisdiction to enforce the settlement agreement, dismissing this case with prejudice. In support the Parties state as follows:

1. The Parties have entered into a Confidential Settlement Agreement (the "Agreement") dated September 4, 2019, the terms of which are hereby incorporated by reference, but not attached due to the confidential nature of the Settlement. A copy of the Agreement can be provided to the Court upon the Court's request.

2. In *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994), the Supreme Court indicated that a federal district court retains jurisdiction to enforce

a settlement agreement when it specifically includes a clause in the dismissal order retaining jurisdiction at the parties' request.

3. Therefore, the Parties respectfully request that this Honorable Court enter the Agreed Order, attached as Exhibit "A," which:

   a. Acknowledges the Agreement, and incorporates the Agreement by reference; and,

   b. Conditioned on the Court's retention of jurisdiction to enforce the terms of the Agreement, dismissing the remainder of this case, including all Counterclaims, with prejudice, with each party bearing their own fees and costs.

Respectfully submitted,

*/s/ Paul S. Beik*
Paul S. Beik, Esq.
BEIK LAW FIRM, PLLC
8100 Washington Avenue, Suite 1000
Houston, TX 77007
Ph. (713) 869-6975
Email: paul@beiklaw.com
*Attorneys for Plaintiff*

*/s/ Robert Z. Cashman*
Robert Z. Cashman, Esq.
CASHMAN LAW FIRM, PLLC
7607 Claridge Drive
Houston, TX 77071
Ph. (713) 364-3476
Email: rzcashman@cashmanlawfirm.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: /s/ *Paul S. Beik*
                                            Paul S. Beik