Filed September 24, 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 5:19-cv-00670-DAE |
| v. | ) |
| JOHN DOE infringer using IP address 72.178.218.7, | ) |
| Defendant. | ) |

## AGREED ORDER FOR DISMISSAL WITH PREJUDICE CONDITIONED ON COURT RETAINING JURISDICTION TO ENFORCE THE TERMS OF THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT

This Court, having read the Parties' Joint Stipulation for Dismissal with Prejudice Conditioned on Court Retaining Jurisdiction to Enforce the Terms of the Parties' Confidential Settlement Agreement, and being duly advised in the premises, makes the following determination:

1. The Parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction pursuant to a Confidential Settlement Agreement (the "Agreement") dated September 4, 2019.

2. The parties request the Court to retain jurisdiction to enforce the terms of the Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

**IT IS THEREFORE ORDERED:**

1. The parties shall comply with the terms of their Agreement entered into on September 4, 2019, the terms of which Agreement are incorporated by reference as if fully set forth herein.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing all terms of the Agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed in its entirety, including all Counterclaims, with prejudice, and each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED** this __24__ day of __Sept.__, 2019.

_____
UNITED STATES DISTRICT JUDGE